MAY COLLINS, Appellant, *v.* BUFFALO, LOCKPORT AND ROCHESTER RAILWAY COMPANY, Respondent, and EDGAR KNAPP et al., Appellants.

*Collins* v. *Buffalo, L. & R. Ry. Co.*, 151 App. Div. 898, affirmed.
(Argued May 5, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 29, 1912, affirming a judgment in favor of defendant, respondent, entered upon a decision of the court at a Trial Term without a jury in an action for trespass and waste.

The question at issue was the title to certain lands.

*George F. Thompson* for appellants.

*Charles B. Hill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ. Not sitting: HISCOCK, J.